Information to identify the case:

| | | | |
|---|---|---|---|
| Debtor 1: | Greg S. Joshua Jr. <br> First Name  Middle Name  Last Name | Social Security number or ITIN:  xxx–xx–0515 <br> EIN:  _ _–_ _ _ _ _ _ | |
| Debtor 2: <br> (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN:  _ _ _ _ <br> EIN:  _ _–_ _ _ _ _ _ | |
| United States Bankruptcy Court:  Southern District of California | | Date case filed for chapter:  7  5/29/26 | |
| Case number:  26–02314–JBM7 | | | |

## Official Form 309A (For Individuals or Joint Debtors)

## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline     12/15/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Greg S. Joshua Jr. | |
| 2. | **All other names used in the last 8 years** | aka Greg Shakiel Joshua Jr. | |
| 3. | **Address** | 7642 Goode St. <br> San Diego, CA 92139 | |
| 4. | **Debtor's attorney** <br> Name and address | Ahren A. Tiller <br> Bankruptcy Law Center <br> 1230 Columbia St., Ste. 1100 <br> San Diego, CA 92101 | Contact phone (619) 894–8831 <br> Email ahren.tiller@blc–sd.com |
| 5. | **Bankruptcy trustee** <br> Name and address | Leonard J. Ackerman <br> 6977 Navajo Road, Suite 124 <br> San Diego, CA 92119 | Contact phone 619–463–0555 <br> Email:  ljabkatty@gmail.com |

**For more information, see page 2 >**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.casb.uscourts.gov. | Jacob Weinberger U.S. Courthouse<br>325 West F Street<br>San Diego, CA 92101–6991 | Hours open<br><br>8:30am – 4:30pm<br><br>Contact phone 619–557–5620 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **June 30, 2026 at 09:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 850 752 6242, and, Passcode 5801344241, OR, call (619) 367–1561**<br><br>**For additional meeting information go to www.justice.gov/ust/moc** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br><br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 8/31/26** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.casb.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

## NOTICE OF APPOINTMENT OF INTERIM TRUSTEE

An order for relief having been entered in the above–referenced case on 5/29/26, the following person is named Interim Trustee of the estate of the debtor:

Leonard J. Ackerman
6977 Navajo Road, Suite 124
San Diego, CA 92119

## TRUSTEE REQUIREMENTS

The Trustee requires that Debtor(s) show a government (picture) ID and evidence of their social security number at the 341(a) Creditor's Meeting.

Debtors are to provide the Trustee with written documentation supporting income earnings as set forth in Schedule I of the debtor's case within 14 days of the filing of the case. If documents are not provided, the Trustee may move for dismissal of the case without further notice to the Debtor or creditors. Alternatively, the Trustee may seek an extension of time to file to move for dismissal if the Trustee is investigating assets of the estate, without further notice to the Debtor or creditors.

Debtors and debtors' attorneys must review the Standing Administration Guidelines immediately to comply with the production of supporting documentation of material represented in the Schedules and Statement of Financial Affairs. Failure to do so in a timely manner may result in continuances of Meetings and additional appearances. The Trustee Guidelines and Additional Requirements are available on the internet at:

http://www.casb.uscourts.gov/trusteeguidelines

## DISMISSAL OF CASE

Notice is given that this case will be dismissed if the debtor(s) fails to pay the filing fee pursuant to Rules of Bankruptcy Procedure 1006. Also, notice is given that the case may be dismissed if the petition was filed by an unrepresented debtor without including a legible photocopy of the filer's government issued photo identification (such as driver's license or passport). This dismissal may occur without further notice.

Furthermore, notice is given that if the Debtor fails to file schedules and statements or other documents required by the Rules of Bankruptcy Procedure 1007 and/or 11 U.S.C. 521, or if the Debtor or Joint Debtor fails to appear at the scheduled §341(a) meeting that the Court, Trustee or U.S. Trustee may move for dismissal of the case without further notice to the Debtor or Creditors. A party in interest may object to the motion for dismissal at the §341(a) meeting, at which time a hearing on the objection will be scheduled.

## NOTICE OF FILING OF FINANCIAL MANAGEMENT COURSE CERTIFICATE

Notice is given that this case will be closed with no discharge if the debtor(s) fail to file the required Financial Management Course Certificate within 60 days after the first date set for the meeting of creditors under §341.

## BANKRUPTCY FRAUD

If you have information regarding any bankruptcy fraud or abuse, please contact the United States Trustee in writing at 880 Front Street, 3rd Floor, Ste. 3230, San Diego, CA 92101 and/or by calling 619–557–5013.

page **3**

For the Court:

Mark Schnakenberg, Clerk
United States Bankruptcy Court
Southern District of California

Dated:  6/3/26

In re:

Greg S. Joshua, Jr.

      Debtor

Case No. 26-02314-JBM

Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0974-3        User: Admin.        Page 1 of 2

Date Rcvd: Jun 03, 2026        Form ID: 309A        Total Noticed: 23

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 05, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Greg S. Joshua, Jr., 7642 Goode St., San Diego, CA 92139-4016 |
| 15289347 | + | Brothers Parsons Franchising L, 55 Page Park Drive, Poughkeepsie, NY 12603-2583 |
| 15289348 | ++ | FIRST BANK OF THE LAKE, 4558 OSAGE BEACH PARKWAY SUITE 100, OSAGE BEACH MO 65065-2372 address filed with court:, First Bank of the Lake, 4558 Osage Beach Pkwy #100, Osage Beach, MO 65065 |
| 15289351 | + | Gregory Joshua Gutters of North Coastal, San Diego, LLC, dba: The Borthers that just do Gutters L, 6850 Mission Gorge Rd, Apt 2515, San Diego, CA 92120-2583 |
| 15289354 | + | Launch Servicing/SunStrong, 2300 E 54th St North, Sioux Falls, SD 57104-8809 |
| 15289356 | + | Pie Insurance Services Inc, PO Box 785247, Philadelphia, PA 19178-5247 |
| 15289357 | + | Preffered Credit, PO Box 1679, Saint Cloud, MN 56302-1679 |
| 15289358 | + | RMO Agency, 4521 Campus Drive #118, Irvine, CA 92612-2621 |
| 15289359 | + | Shellpoint, 55 Beattie Pl., Ste. 500, Greenville, SC 29601-5116 |
| 15289360 | + | The Verge Apartments, 6850 Mission George Rd., San Diego, CA 92120-2470 |
| 15289361 | + | US Small Business Admin, 550 West C St., Ste. 550, San Diego, CA 92101-3500 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: ahren.tiller@blc-sd.com | Jun 03 2026 23:44:00 | Ahren A. Tiller, Bankruptcy Law Center, 1230 Columbia St., Ste. 1100, San Diego, CA 92101 |
| tr | + | EDI: FLJACKERMAN.COM | Jun 04 2026 03:31:00 | Leonard J. Ackerman, 6977 Navajo Road, Suite 124, San Diego, CA 92119-1503 |
| smg | | EDI: CALTAXFEE | Jun 04 2026 03:31:00 | California Department of Tax and Fee Administratio, Account Information Group, MIC:29, P.O. Box 942879, Sacramento, CA 94279-0029 |
| smg | ^ | MEBN | Jun 03 2026 23:27:53 | Div. of Labor Standards Enforcement, 7575 Metropolitan Drive, Suite 210, San Diego, CA 92108-4424 |
| smg | + | EDI: EDD.COM | Jun 04 2026 03:31:00 | Employment Develop. Dept., State of CA, Bankruptcy Unit - MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | EDI: CALTAX.COM | Jun 04 2026 03:31:00 | Franchise Tax Board, Attn: Bankruptcy, P.O. Box 2952, Sacramento, CA 95812-2952 |
| ust | + | Email/Text: ustp.region15@usdoj.gov | Jun 03 2026 23:45:00 | United States Trustee, Office of the U.S. Trustee, 880 Front Street, Suite 3230, San Diego, CA 92101-8897 |
| 15289349 | | Email/Text: rmurphy1@firstinsurancefunding.com | Jun 03 2026 23:45:00 | First Insurance Funding, 450 Skokie Blvd, Suite 1000, Northbrook, IL 60062-7917 |
| 15289350 | + | EDI: CALTAX.COM | Jun 04 2026 03:31:00 | Franchise Tax Board, PO Box 942867, Sacramento, CA 94267-0001 |

District/off: 0974-3                     User: Admin.                              Page 2 of 2

Date Rcvd: Jun 03, 2026                  Form ID: 309A                             Total Noticed: 23

| 15289352 | EDI: IRS.COM | | |
|---|---|---|---|
| | | Jun 04 2026 03:31:00 | Internal Revenue Service, Centralized Insolvency Oper., PO Box 7346, Philadelphia, PA 19101-7346 |
| 15289353 | ^ MEBN | | |
| | | Jun 03 2026 23:28:28 | Kia Motors Finance, 10550 Talbert Ave, Fountain Valley, CA 92708-6031 |
| 15289355 | + EDI: NFCU.COM | | |
| | | Jun 04 2026 03:31:00 | Navy Federal Cr Union, Po Box 3700, Merrifield, VA 22119-3700 |

TOTAL: 12

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| **Recip ID** | **Bypass Reason** | **Name and Address** |
|---|---|---|
| smg | *+ | United States Trustee, Office of the U.S. Trustee, 880 Front Street, Suite 3230, San Diego, CA 92101-8897 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 05, 2026                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 29, 2026 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Ahren A. Tiller | on behalf of Debtor Greg S. Joshua  Jr. ahren.tiller@blc-sd.com, brett.bodie@blc-sd.com;Polo@blc-sd.com;kreyes@blc-sd.com;cdavis@blc-sd.com;ecf.blcsd@gmail.com;Mbrown@blc-sd.com;Nicole@blc-sd.com;Don@blc-sd.com;4436097420@filings.docketbird.com |
| Leonard J. Ackerman | ljabkatty@gmail.com  lja@trustesolutions.net |
| United States Trustee | ustp.region15@usdoj.gov |

TOTAL: 3